**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**7 DEY STREET**
Suite 804
**NEW YORK, NEW YORK 10007**
**TEL: 212-941-9947**
**FAX: 212-941-9947**
[ThomasDunnLaw@aol.com](mailto:ThomasDunnLaw@aol.com)

March 14, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Temitope Mohammed
        08 Mag. 0384

Dear Sir:

    Please accept this letter as a Notice of Appearance on behalf of the defendant Temitope Mohammed in the above captioned case.

                                                      Respectfully yours,

                                                      Thomas F. X. Dunn